ACCEPTED
03-16-00133-CR
13147483
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 11:50:49 AM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF KRISTEN JERNIGAN, PLLC
## 207 S. AUSTIN AVE., GEORGETOWN, TEXAS 78626
## (512) 904-0123 (OFFICE)     (512) 931-3650 (FAX)
## KRISTEN@TXCRIMAPP.COM

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 2:43:00 PM
JEFFREY D. KYLE
Clerk

October 10, 2016


Keevin Byrd
TDCJ ID No. 02050600
Luther Unit
1800 Luther Drive
Navasota, Texas 77868

VIA CERTIFIED MAIL:  7015 3430 0000 5503 7340

Dear Mr. Byrd:

Based on my extensive review of the record, enclosed, please find a copy of the *Anders* Brief and Motion to Withdraw as Counsel I have prepared and filed in your case. After a diligent search of both the Clerk's Record and the Reporter's Record in your case and the applicable law, it is my opinion that no reversible error occurred during your trial.   Please remember that I am bound by the Reporter's Record and Clerk's Record when determining whether any error in your case occurred.

Whenever appellate counsel files a motion such as this, the law provides the Appellant the right to review the record of the proceedings and file any brief which he or she deems necessary. Because I have submitted such a brief, you now have the right to review the record of your trial and file any brief which you deem necessary.  The brief must be filed within thirty days of today's date, unless you file a Motion for Extension of Time to file your *pro se* brief.

In order to obtain the appellate record to prepare your brief, I have attached a Motion for *Pro Se* Access to the Appellate Record for you to file.  I have also enclosed a stamped envelope for your convenience.  You must sign and date the motion and mail it to the Court of Appeals within ten days of the date of this letter to this address:

Third Court of Appeals:

Hon. Jeffrey Kyle
Clerk of the Court
P.O. Box 12547
Austin, Texas 78711

Should the Court of Appeals ultimately rule your appeal was frivolous, and affirm your conviction and sentence, you may file a *Pro Se* Petition for Discretionary Review with the Texas Court of Criminal Appeals. The address to file your petition is:

Texas Court of Criminal Appeals:

Hon. Abel Acosta
Clerk of The Court
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

You must file your petition within thirty days of the date of the Court of Appeals' opinion or request an extension of time to file your petition. Be sure to attach a copy of the Court's opinion to your petition should you choose to file one.

Feel free to write me if you have any questions. I will do my best to answer any questions you may have.

Sincerely,

/s/ Kristen Jernigan

Kristen Jernigan

No. 03-16-00133-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

_____

On Appeal from the 264th Judicial District Court of
Bell County, Texas
Cause Number 74451

_____

**KEEVIN DASHAWN BYRD, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**MOTION FOR *PRO SE* ACCESS TO APPELLATE RECORD**

————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Keevin Dashawn Byrd, Appellant herein, and files this, his Motion for *Pro Se* Access to Appellate Record. In support of said motion, Appellant would show the Court the following:

Appointed Counsel for Appellant has filed an *Anders* Brief and Motion to Withdraw. Pursuant to the Texas Court of Criminal Appeals' recent decision in *Kelly v. State*, No. PD-0702-13 (Delivered June 25, 2014), Appellant now requests access to the appellate record for the preparation of his *pro se* response.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

_____

Keevin Dashawn Byrd

DATE: _____